

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2022

No. 04-21-00466-CV

**PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,** and Karla Waples,
Appellants

v.

**BANDERA WRANGLERS,**
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVOC-20-0000171
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant, People for the Ethical Treatment of Animals, Inc., filed a Motion for Admission *Pro Hac Vice* requesting permission for Mr. Aaron Frazier to appear on appellant's behalf in this appeal. The motion is GRANTED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court